*State of New York*
*Supreme Court, Appellate Division*
*Third Judicial Department*

Decided and Entered:    November 13, 2014            518391
_____

In the Matter of BURNELL A.
    McLEOD,
                    Petitioner,

        v                              MEMORANDUM AND JUDGMENT

BRIAN FISCHER, as Commissioner
    of Corrections and Community
    Supervision,
                    Respondent.
_____


Calendar Date:   September 16, 2014

Before:  Lahtinen, J.P., McCarthy, Garry, Rose and Devine, JJ.

                    _____


        Burnell A. McLeod, Comstock, petitioner pro se.

        Eric T. Schneiderman, Attorney General, Albany (Peter H.
Schiff of counsel), for respondent.

                    _____


        Proceeding pursuant to CPLR article 78 (transferred to this
Court by order of the Supreme Court, entered in Albany County) to
review a determination of respondent which found petitioner
guilty of violating certain prison disciplinary rules.

        Petitioner was observed attempting to stab another inmate
with a shank during a melee in the prison yard and, as a result,
was charged in a misbehavior report with disobeying a direct
order, fighting, creating a disturbance, possession of a weapon
and violent conduct.  Following a tier III disciplinary hearing,
petitioner was found guilty of all charges.  However, on
administrative appeal the charges of disobeying a direct order
and fighting were dismissed.  Thereafter, petitioner commenced
this CPLR article 78 proceeding.

We confirm.  Contrary to petitioner's contention, the misbehavior report, testimony at the hearing from correction officers who witnessed the event and documentary evidence submitted at the hearing provide substantial evidence to support the determination of guilt (see Matter of Hill v Fischer, 69 AD3d 1103, 1103 [2010]; Matter of Williams v Goord, 23 AD3d 972, 973 [2005]).  Any alleged inconsistencies in the testimony or evidence created a credibility issue for the Hearing Officer to resolve (see Matter of Key v Fischer, 72 AD3d 1365, 1366 [2010]).

We have reviewed petitioner's remaining contentions, including his claim of hearing officer bias, and find them to be without merit.

Lahtinen, J.P., McCarthy, Garry, Rose and Devine, JJ., concur.

ADJUDGED that the determination is confirmed, without costs, and petition dismissed.

ENTER:

Robert D. Mayberger
Clerk of the Court